**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darlene Smith, derivatively on behalf of Apollo Group, Inc., <br><br> Plaintiff, <br><br> v. <br><br> John G. Sperling, Peter V. Sperling, Charles B. Edelstein, Gregory W. Cappelli, Terri C. Bishop, Dino J. Deconcini, Samel A. Dipiazza, Jr., Stephen J. Giusto, Roy A. Herberger, Jr., Ann Kirschner, K. Sue Redman, James R. Reis, Manuel F. Rivelo, George Zimmer, Joseph D'Amico, Gregory J. Iverson, Brian L. Swartz, Brian Mueller, P. Robert Moya, Robert W. Wrubel, William J. Pepicello, and Does 1–25, inclusive, <br><br> Defendants, <br><br> v. <br><br> Apollo Group, Inc., an Arizona corporation, <br><br> Nominal Defendant. | CV 11-722-PHX-PGR <br><br><br> **ORDER GRANTING JOINT MOTION AND STIPULATION REGARDING BRIEFING SCHEDULE** |

Pursuant to the parties' Stipulations Regarding Briefing Schedule (Docs. 17, 47), and for good cause shown,

IT IS HEREBY ORDERED that the briefing schedule on defendants' motion to stay shall be as follows:

| FILING | DUE DATE |
| --- | --- |
| Defendants' motion to stay | July 28, 2011 |
| Plaintiff's opposition | September 13, 2011 |
| Defendants' reply | October 13, 2011 |

IT IS FURTHER ORDERED that no defendant shall be required to answer or respond to the complaint by motion until 60 days after the Court denies defendants' motion to stay, or 60 days after the expiration of the stay should defendants' motion be granted and the stay expires on its own terms. If defendants respond to the complaint by way of motion to dismiss or other motion under Federal Rule of Civil Procedure 12, plaintiff shall have 45 days from the date of defendants' motion in which to file an opposing brief, and defendants shall thereafter have 30 days in which to file a reply.

DATED this 26th day of July, 2011.

Paul G. Rosenblatt
United States District Judge